JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

        -v.-                          :          INDICTMENT

JOSE OTERO,                        :          07 Cr.

      Defendant.                          **07 CRIM 1016**

- - - - - - - - - - - - - - x

### COUNT ONE

    The Grand Jury charges:

    In or about June 2007, in the Southern District of New York and elsewhere, JOSE OTERO, the defendant, being an alien, unlawfully, willfully, and knowingly did enter and was found in the United States, after having been excluded, deported, and removed from the United States, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a).)


_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

NOV 0 5 2007

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

### JOSE OTERO,

### Defendant.

### INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

Filed indictment under seal. Case assigned to Judge Jones.
— Frances, J.

Sth
11/5/07